# In the United States District Court for the Southern District of Georgia Brunswick Division

KORONE ROBINSON,

    Plaintiff,

v.

CITY OF DARIEN; DONNIE HOWARD; RYAN ALEXANDER; and JOSEPH CRESWELL,

    Defendants.

CV 217-099

### ORDER

The Court issued an Order on the Motion for Summary Judgment on April 16, 2019. Dkt. No. 46. The pretrial order was due May 7, 2019. See Dkt. No. 15 at 3 n.2 ("If a motion for summary judgment or other dispositive motion is pending at the time of [the pretrial order] deadline . . . the parties shall file the proposed pretrial order within **twenty-one (21) days** of this Court's ruling on the motion for summary judgment or other dispositive motion."). The parties are **ORDERED**, within **seven (7) days** of the date of this Order, to show cause why this case should not be dismissed for failure to adhere to the Court's deadlines.

AO 72A
(Rev. 8/82)

SO ORDERED, this 28 day of May, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA