IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KORONE ROBINSON,  Plaintiff, vs.  CITY OF DARIEN, DONNIE HOWARD, RYAN ALEXANDER AND JOSEPH CRESWELL,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) CIVIL CASE NO. 2:17-CV-99 |

## ORDER ON JOINT MOTION TO SHOW CAUSE

The Court having issued an order directing the parties to show cause as to why the above matter should not be dismissed for the parties' failure to timely file the consolidated pretrial order and the parties having responded jointly to the same and further moved this Court to grant an extension of the time to file said pretrial order, the Court orders as follows:

IT IS HEREBY ORDERED that the parties shall file the consolidated pretrial order within ten (10) days of completion of mediation;

IT IS FURTHER ORDERED that the parties shall promptly update the Court as to the date of mediation.

This 3 day of June, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA