IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KORONE ROBINSON, | * |
| Plaintiff | * |
| v. | * Case Number: 2:17-cv-99 |
| CITY OF DARIEN, DONNIE HOWARD, RYAN ALEXANDER AND JOSEPH CRESWELL, | * |
| Defendants | * |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff and Defendants, by and through their undersigned counsel, and hereby file this Stipulation of Dismissal pursuant to FRCP 41(a)(1)(ii). This Stipulation of Dismissal is signed on behalf of all of the parties who have appeared in this action. The Dismissal of the action is with prejudice. The parties agree that each party will bear its own costs with regard to this action.

SO STIPULATED, this seventeenth day of October, 2019.

/s/ Katie S. Mitchell
Katie S. Mitchell
Georgia Bar No. 106088
Scott G. Reddock
Georgia Bar No. 476162
MITCHELL & REDDOCK, LLC
111 West Court Street
Hinesville, GA 31313
mandrlawoffice@gmail.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar No. 687830
Emily R. Hancock
Georgia Bar No. 115145
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com
ehancock@brbcsw.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this seventeenth day of October, 2019.

                        Respectfully submitted,

                        /s/ Richard K. Strickland
                        Richard K. Strickland
                        Georgia Bar Number: 687830
                        BROWN, READDICK, BUMGARTNER
                        CARTER, STRICKLAND & WATKINS, LLP
                        5 Glynn Avenue (31520)
                        Post Office Box 220
                        Brunswick, GA 31521
                        (912) 264-8544
                        (912) 264-9667 FAX
                        rstrickland@brbcsw.com

                        **ATTORNEY FOR DEFENDANTS**